*Failla, L.*

# MEMO ENDORSED

EVAN SPENCER, ESQ.
305 Broadway, 14th Floor
New York, NY 10007
Telephone: (347) 931-1814
Facsimile: (347) 402-9331

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/27/2013__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TED DIMOND, and others similarly situated,

                      Plaintiffs,

- against -

DARDEN RESTAURANTS, INC., *et al*.

                      Defendants.

**Case No. 1:13-CV-5244 (KPF)**

**NOTICE OF DISMISSAL**

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ted Dimond, by his attorney Evan Spencer, Esq., hereby voluntarily dismisses Defendants Hilton Worldwide, Inc, New York Midtown Hilton, Host Hotels & Resorts, Inc., Starwood Hotels and Resorts, Inc., W Hotel Restaurants, TGIFriday's, Masa, Tao Group, and Planet Hollywood, Inc. from this action without prejudice and without costs.

Dated: August 26, 2013
New York, New York

                      Respectfully submitted:

                      Evan Spencer, Esq.

                      305 Broadway, 14th Floor
                      New York, NY 10007
                      Telephone: (347) 931-1814
                      Facsimile: (347) 402-9331

                      Attorney for Plaintiffs

August 27, 2013          SO ORDERED.

                      HON. KATHERINE POLK FAILLA
                      UNITED STATES DISTRICT JUDGE