*Failla, K.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/29/2013
```

------------------------------------------------------------x

TED DIMOND, and others similarly situated,

                Plaintiffs,

- against -

DARDEN RESTAURANTS, INC., *et al.*,

                Defendants.

------------------------------------------------------------x

Case No. 13-CV-5244 (KPF)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Ted Dimond and counsel for Defendant Marriott International, Inc. ("Marriott"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses Marriott from this action with prejudice and without costs.

IT IS FURTHER STIPULATED AND AGREED that a copy of the signatures on this Stipulation may be treated as an original for all purposes.

Dated: August 28, 2013
New York, New York

FOR THE PLAINTIFF:

_____
Evan Spencer
305 Broadway, 14th Floor New
York, New York 10007
Telephone: (347) 931-1814

SO ORDERED:
Dated: August 29, 2013
New York, New York

FOR THE DEFENDANT:

_____
Michael J. Volpe
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 307-5500

_____
HON. KATHERINE POLK FAILLA
United States District Judge